1  Paul W. Reidl, SBN 155221
   preidl@dpf-law.com
2  DICKENSON PEATMAN & FOGARTY
   1500 First Street, Suite 200
3  Napa, CA 94559
   Telephone: (707) 261-7000
4  Facsimile:  (707) 255-6876

5  *Attorneys for Karma Nuts, Inc.*

6  John W. Phillips, SBN 147117
7  jphillips@fennemorelaw.com
   Fennemore Dowling Aaron
8  8080 North Palm Ave. Third Floor
   Fresno, CA 93711
9  Telephone: (559) 432-4500

10 *Attorneys for Defendants Karma Bites, LLC*
11 *and Ashwin Ahuja Group, Ltd.*

12

13

14

15          **IN THE UNITED STATES DISTRICT COURT**
16
             **NORTHERN DISTRICT OF CALIFORNIA**
17

18 **KARMA NUTS, INC.**                  Case No. 4:21-cv-10055-HSG
19 ,
                                         **ORDER EXTENDING MEDIATION**
20          Plaintiff,                   **DEADLINE**

21          v.

22 **KARMA BITES, LLC, et al.**,

23          Defendants.

24
           The parties have stipulated to extend the deadline for conducting the mediation in this matter.
25
   Good cause being shown, the Court herby Orders that the mediation deadline be extended to October
26
   11, 2022.
27

28

1    SO ORDERED;

2

3    *Haywood S. Gilliam Jr.*

4    Haywood S. Gilliam, Jr.

5    United States District Judge

6    Dated:  9/1/2022

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:21-cv-10055-HSG

ORDER EXTENDING MEDIATION DEADLINE