# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

**KARMA NUTS, INC.**

    Plaintiff,

v.

**KARMA BITES, LLC, et al.**

    Defendants.

Case No. 4:21-cv-10055-HSG

**ORDER OF DISMISSAL**

    Plaintiff Karma Nuts, Inc. and Defendants Karma Bites, Inc. and Ashwin Ahuja Group, Ltd., have advised the Court that they have settled their respective claims for relief asserted in the case. The Court, having considered this request, is of the opinion that the request for dismissal should be granted.

    IT IS THEREFORE ORDERED, that all claims for relief asserted against Karma Bites, LLC and Ashwin Ahuja Group, Ltd. by Karma Nuts, Inc. herein are dismissed, with prejudice, and that all counterclaims for relief against Karma Nuts, Inc. by Karma Bites, LLC are dismissed with prejudice; and

    IT IS FURTHER ORDERED, that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

    SO ORDERED:

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

Dated: 3/7/2023